IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ENCOMPASS HEALTH** <br> **REHABILITATION HOSPITAL OF** <br> **MIDLAND ODESSA, LLC,** <br>     *Plaintiff,* <br><br> v. <br><br> **XAVIER BECERRA, SECRETARY** <br> **OF THE UNITED STATES** <br> **DEPARTMENT OF HEALTH AND** <br> **HUMAN SERVICES;** <br>     *Defendant.* | § § § § § § § § § § § § § | MO:22-CV-00237-DC |

## **ORDER**

Before the Court is the Report and Recommendation[1] from United States Magistrate Judge Ronald C. Griffin related to Xavier Beccera, Secretary of the United States Department of Health and Human Services' Motion to Dismiss.[2] In his report and recommendation, Judge Griffin recommends that the Court deny the Secretary's motion. The Secretary timely objected,[3] and Encompass Health timely responded.[4]

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court.[5] When no

---

[1] EC No. 18.
[2] ECF No. 16.
[3] ECF No. 19
[4] ECF No. 20.
[5] 28 U.S.C. § 636(b)(1)(C).

objections are timely filed, a district court can review the magistrate's report and recommendation for clear error.[6]

The Secretary objects under the belief that the Court can adjudicate this case without conducting fact-intensive analysis, contrary to the Magistrate Judge's concluding contention that it cannot. Through this narrow objection, the Secretary re-urges the arguments posed in its motion to dismiss. The Court need not conduct de novo review if objections to a report and recommendation are frivolous, general, or conclusory.[7] Review for clear error reveals that Magistrate Judge Griffin's report and recommendation is correct and should be adopted.

It is therefore **ORDERED** that the Report and Recommendation is **ADOPTED**. The Secretary's Motion to Dismiss is **DENIED**.

It is so **ORDERED**.

SIGNED this 8th day of March, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[6] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

[7] *See Battle v. U.S. Parole Com'n*, 834 F.2d 419, 421 (5th Cir. 1987).